NUMBER 13-09-00701-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


GERALD D. SHEETS, Appellant,


v.



THE OKONITE COMPANY, Appellee.

_____________________________________________________________


On appeal from the 347th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam


 Appellee The Okonite Company ("Okonite") has filed an unopposed motion to
dismiss the appeal as to appellant Gerald D. Sheets ("Sheets") on grounds that Sheets had
all claims non-suited or otherwise dismissed against Okonite.

 


 The Court, having considered the documents on file, is of the opinion that the
motion should be granted. See Tex. R. App. P. 42.3. Appellee's unopposed motion to
dismiss is granted, and the appeal brought by appellant Gerald D. Sheets against The
Okonite Company is hereby DISMISSED FOR WANT OF JURISDICTION. 


 PER CURIAM


Delivered and filed the 14th

day of January, 2010.